UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

IN RE:

CASE NO. 95-07762-KML

NAPCO, INC.

Debtor(s)

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

LARRY EDMONDSON, Trustee, of this bankruptcy estate, reports the following:
1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. Section 726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks and the last known address of the payees are:

| Creditor Name/Address | Amount |
|---|---|
| Suntrust Bank<br>P.O. Box 305110<br>Nashville, TN 37230 | $143.63 |
| Suntrust Bank<br>P.O. Box 305110<br>Nashville, TN 37230 | $144.81 |
| Suntrust Bank<br>P.O. Box 305110<br>Nashville, TN 37230 | $149.13 |
| Suntrust Bank<br>P.O. Box 305110<br>Nashville, TN 37230 | $141.07 |
| Suntrust Bank<br>P.O. Box 305110<br>Nashville, TN 37230 | $105.96 |
| Suntrust Bank<br>P.O. Box 305110<br>Nashville, TN 37230 | $143.63 |
| Vapor Products,<br>5232 B S Orange Ave,<br>Orlando, FL 32809-30523 | $6.85 |

| | |
|---|---|
| Sterling Plumbing Group<br>2900 Golf Rd<br>Rolling Meadow, IL 60008 | $12.87 |
| E&H Integrated Systems<br>2804 Crittenden Road<br>Louisville, KY  40209-1100 | $11.87 |
| Eveready Battery Co.<br>Checkerboard Square<br>Saint Louis, MO 63164-0001 | $10.91 |
| Masterchem Industries<br>P.O. Box 368<br>Imperial, MO 63052-0368 | $6.47 |
| Metro Water Services<br>P.O. Box 305072<br>Nashville, TN  37230-50727 | $5.17 |
| Macklanburg-Duncan<br>4041 N. Santa Fe Avenue<br>Oklahoma City, OK 73118-8958 | $16.61 |
| Manier Herod Hollabaugh & Smith<br>150 4th Ave N STE 2200<br>Nashville, TN 37219-2494 | $109.36 |
| Tex-Lite Manufacturing<br>1000 14th Street, #110<br>Plano, TX  75074-6220 | $106.65 |
| BP Oil<br>Bankruptcy Department<br>P.O. Box 9001003<br>Lousiville, KY  40290-1003 | $14.16 |
| Barnett Brass & Copper<br>P.O. Box 2317<br>Jacksonville, FL  32203-2317 | $17.59 |
| Bommer Industries, Inc.<br>501 South 2nd Street<br>Nashville, TN  37219-13040 | $10.36 |
| Clarence Steve Belcher<br>123 Stonewall<br>Hendersonville, TN  37075-4036 | $108.85 |

| | |
|---|---|
| Combined Services, Inc.<br>149 New Street<br>Decatur, GA  30030-4131 | $86.58 |
| Central Components Co.<br>2739 Gillham Road<br>Kansas City, MO 64108-31373 | $15.28 |
| Data Processing Equipment Corp<br>2617 Grissom Drive<br>Nashville, TN  37204-2820 | $7.70 |
| Darworth Company<br>P.O. Box 639<br>Simsbury, CT  06070-0639 | $93.19 |
| Dymon Inc.<br>3401 Kansas Avenue<br>Kansas City, KS  66106-12250 | $31.36 |
| Excel Manufacturing Co<br>321 Madison Avenue<br>Wiggins, MS 39577-3363 | $49.63 |
| Fyrnetics, Inc.<br>1055 Stevenson Court #120W<br>Roselle, IL  60172-4315 | $41.14 |
| Georgia Department of Revenue<br>P.O. Box 105499<br>Atlanta, GA  30348-5499 | $5.75 |
| Eagle Electric Manufacturing<br>P.O. Box 4396<br>New York, NY 10261-4396 | $30.59 |
| Georgia Department of Revenue<br>P.O. Box 740387<br>Atlanta, GA 30374-0387 | $6135.98 |
| Gerber Plumbing Fixtures<br>4656 Toughy Avenue<br>Lincolnwood, IL  60712-1656 | $59.14 |
| Foremost Manufactuiring<br>3763 Forest Park Avenue<br>Saint Louis, MO  63108-3311 | $8.73 |

| | |
|---|---|
| Gem Products, Inc.<br>12472 Edison Way<br>Garden Grove, CA  92841-2821 | $69.44 |
| Garman Company<br>1702 Chase Drive<br>Fenton, MO  63026-2002 | $37.79 |
| Horton Company<br>107 25th Street<br>Pittsburgh, PA  15222-46480 | $12.44 |
| Harpco<br>3600 Thayer Court STE 110<br>Aurora, IL  60504-6709 | $7.29 |
| Herrmidifier Company<br>P.O. Box 11148<br>Lancaster, PA  17605-1148 | $12.30 |
| Therm Pacific<br>5354 Alhambra Avenue<br>Los Angeles, CA 90032-3405 | $28.31 |
| United Parcel Service<br>500 Callahan Drive<br>Knoxville, TN 37912-1300 | $18.26 |
| UPA<br>1101 Cornwall Road<br>Sanford, FL  32773-5875 | $105.71 |
| Wiegand Appliance<br>P.O. Box 1439<br>Vernon, AL  35592-1439 | $17.65 |
| Tuke Yopp & Sweeney<br>201 4th Avenue North<br>Nashville, TN  37219-2011 | $7.05 |
| Sunbelt Marketing, Inc.<br>610 Waterfront Drive SW<br>Atlanta, GA 30336-1825 | $5.06 |
| Scott-Gross Company, Inc.<br>664 Magnolia Avenue<br>Lexington, KY  40505-3789 | $5.77 |

| Vendor | Amount |
|---|---|
| Robinair Division SPX<br>P.O. Box 93862<br>Chicago, IL 60673-0001 | $49.27 |
| Automation Temporary Services<br>11 Oxmoor Road, Suite 200<br>Birmingham, AL 35209 | $24.03 |
| First United Leasing Corp.<br>100 Corporate N<br>Bannockburn, IL 60015-54060 | $70.24 |
| Ivie Industries Inc.<br>35 Hammond<br>Irvine, CA 92618-3202 | $18.19 |
| Magnatek Motors<br>1145 Corporate Lake Drive<br>Saint Louis, MO 63132-1716 | $75.86 |
| Presto Parts Company<br>P.O. Box 290352<br>Tampa, FL 33687-0352 | $17.23 |
| Mountainwest Financial<br>P.O. Box 7004<br>Sioux Falls, SD 57117-70040 | $24.29 |
| One Stop Supply Co.<br>1133 Polk Avenue<br>Nashville, TN 37210-4330 | $25.32 |
| Saskatoon Chemicals, LTD<br>P.O. Box 1586<br>Saskatoon Sask, S7 3R3 | $95.88 |
| IBM Corporation<br>P.O. Box 2500<br>Atlanta, GA 30301-25000 | $38.89 |
| Russell T. Cook<br>5110 Maryland Way STE 200<br>Brentwood, TN 37027-75085 | $10.88 |
| Polytron Filters<br>P.O. Box 5881<br>Beaumont, TX 77726-58818 | $21.31 |

Bratcher Appollo Lubricants           $30.44
P.O. Box 4040
Winchester, KY 40392-40404

2. The Trustee's check for $8659.92, payable to the Clerk of the U.S. Bankruptcy Court, is attached to this report.

Respectfully submitted,

/s/ LARRY EDMONDSON
LARRY EDMONDSON, Trustee
BPR 5601
800 BROADWAY, 3RD FLOOR
NASHVILLE TN 37203
(615) 254-3765
(615) 254-2072 (fax)
larry@edmondsonlaw.com